IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *

BENJAMIN WESLEY MILLER, * CASE NO.: 07-12827-WSS-13

Debtor. *

### MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. § 522(F)(2)

NOW COMES Benjamin Wesley Miller by and through his attorney, John W. Sharbrough, III, pursuant to 11 U.S.C. § 522(f) and the Federal Rules of Bankruptcy Procedure 4003(d) and 9014, to request this Court enter an order avoiding the nonpurchase-money security interest held by held by American General Finance on (1) Television 27 inch; (2) Home Stereo; (3) DVD player; (4) Lawnmower; and (4) Drill (the "Property"). In support of this Motion, the Debtor states the following.

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334(a). This matter is a core proceeding as provided by 28 U.S.C. § 157(b)(2)(K).

2. The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on October 3, 2007.

3. The Debtor is entitled to an exemption in the Property in the amount of $3000.00, pursuant to Code of Alabama 1975 § 6-10-6.

4. The Debtor no longer possesses the Television or the DVD player. The Drill no longer works.

5. The Debtor's Property has a fair market value of $ 250.00. This valuation is based upon a fair market comparison of items sold at yard sales.

6. The Property is subject to the following mortgages, judicial liens, and/or nonpossessory, nonpurchase-money security interests:

| Type of lien/interest | Holder of lien/interest | Date lien/interest originated/arose | Original amount of lien/interest | Outstanding balance of lien/interest |
|---|---|---|---|---|
| Non-Purchase Money Sec Int. | American General Finance | 12/11/2006 | $4,578.81 | $3,446.36 |
| | | | | |
| | | | | |

6. Respondent's interest in the Property is not a statutory lien.

7. Section 522(f)(2)(A) of the Bankruptcy Code provides:

A lien shall be considered to impair an exemption to the extent that the sum of—
    (i) the lien;
    (ii) all other liens on the property; and
    (iii) the amount of the exemption that the debtor could claim if there were
    no liens on the property;
exceeds the value that the debtor's interest in the property would have in the absence of any liens.

11 U.S.C. § 522(f)(2)(A). Section 522(f)(2)(B) provides that "[i]n the case of a property subject to more than 1 lien, a lien that has been avoided shall not be considered in making the calculation under subparagraph (a) with respect to other liens."

WHEREFORE, the Debtor respectfully requests that this Court enter an order (A) avoiding the nonpurchase-money security interest(s) held by American General Finance on the Property in the amount of $ 3,446.36, and (B) granting such other relief as is fair and equitable.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within **30** days from the date of service of this paper. If you object to the relief requested in this paper, you must file your **written** objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, Alabama, 36604, and serve a copy on the movant's attorney, John W. Sharbrough, III, and any other appropriate persons.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. **If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

DONE August 25, 2010

                    /s/ John W. Sharbrough, III
                    JOHN W. SHARBROUGH, III
                    John W. Sharbrough, III, P.C.
                    Post Office Box 996
                    Mobile, AL 36601-0996
                    TEL: [251] 432-1413
                    FAX: [251] 432-5297

### CERTIFICATE OF SERVICE

I, JOHN W. SHARBROUGH, III, do hereby certify that I have this day August 25, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing all counsel of record.

                    /s/ John W. Sharbrough, III
                    JOHN W. SHARBROUGH, III